JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP CONRAD SANDERS,<br><br>    Petitioner,<br><br>v.<br><br>R. C. JOHNSON,<br><br>    Respondent. | Case No. 2:22-cv-06798-MWF (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Habeas Petition for Lack of Jurisdiction, **IT IS ADJUDGED** that this action is dismissed without prejudice.

Dated: September 30, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge